FILED

2026 Mar-16 PM 03:08
U.S. DISTRICT COURT
N.D. OF ALABAMA

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Northern District of Alabama

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. |
| Reginald Toussaint | ) | Mag. 26-122 |
| | ) | |
| | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of ___August 19, 2025___ in the county of ___Jefferson___ in the
___Northern___ District of ___Alabama___, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 911 | False Claim to Citizenship |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

DANIEL J FINN

Digitally signed by DANIEL J FINN
Date: 2026.03.16 14:37:09 -05'00'

*Complainant's signature*

Daniel Finn, ICE Deportation Officer

*Printed name and title*

Sworn to by telephone and signed electronically.

Date: ___03/16/2026___

*Judge's signature*

City and state: ___Birmingham, Alabama___

Nicholas A. Danella, U.S. Magistrate Judge

*Printed name and title*

## <u>AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT</u>

I, Daniel Finn, being duly first sworn, depose and say:

1. I am a Deportation Officer with United States Immigration and Customs Enforcement ("ICE")/Enforcement Removal Operations (ERO) within the United States Department of Homeland Security ("DHS").  I have served as a Deportation Officer with ICE/ERO since 2016. As part of my duties as a Deportation Officer, I am charged with conducting investigations related to violations of the Immigration and Nationality Act, specifically foreign-born nationals that have been deported from the United States and subsequently re-entered the United States illegally.  I am currently assigned to the ICE Enforcement and Removal Operations – Birmingham, Alabama sub-office, and part of my duties include investigating violations of Title 8 of the United States Code ("U.S.C."), including illegal reentry and related offenses and 18 of the United States Code, including illegal reentry into the United States, false claim to United States citizenship, and the fraudulent production, possession, and use of identity documents.

2. This affidavit is made in support of a criminal complaint against Reginald TOUSSAINT and sets forth the probable cause that Reginald TOUSSAINT, a native and citizen of Haiti, falsely and willfully represented himself to be a citizen of the United States, in violation of Title 18, United States Code, Section 911.

1

3. This affidavit is based upon my personal knowledge, experience, and investigation, as well as information relayed to me by other federal and state law enforcement officers in the course of their official duties. Because this affidavit is submitted for the limited purpose of supporting a criminal complaint and arrest warrant, I have not included all information known by me or other investigators. I have set forth only those facts I believe are essential to establish the necessary foundation for the complaint and warrant.

4. On March 10, 2026, ICE/ERO Birmingham arrested Reginald TOUSSAINT in Birmingham, Alabama. While searching TOUSSAINT incident to arrest, agents recovered his wallet from his person, which contained two State of Alabama Pistol Permits issued by the Jefferson County Sheriff's Office, a Social Security card that noted it was "valid for work only with DHS authorization," an Alabama driver's license, an employment authorization card, and a Haiti national identification card. TOUSSAINT attempted to give his wallet to his wife, who was present, but agents retained custody of the wallet. While your affiant discussed the pistol permits with another agent, TOUSSAINT appeared to overhear the conversation and spontaneously stated "you took my pistol permit," and then stated "I got that so I could work security."

5. ICE/ERO Birmingham requested a copy of the Pistol Permit Application from the Jefferson County Sheriff's Office. Jefferson County Sheriff's Office provided a

2

copy of the application paperwork, which appeared to have been filled out electronically and digitally signed by Reginald TOUSSAINT on August 19, 2025. In response to the question "are you a U.S. citizen?" on the application, the box was checked "yes." The application further listed that TOUSSAINT's place of birth was "Graysville, Alabama," and provided a phone number ending in 2647 for contact information, along with other identifying information such as his social security number.

6. Department of Homeland Security record checks show that TOUSSAINT entered the United States on multiple occasions as a B2 nonimmigrant Visitor for Pleasure.

7. US Citizenship and Immigration Services approved TOUSSAINT's application for temporary protected status, from I-821 until February 3, 2023.

8. On March 13, 2026, your affiant received subscriber records for the phone number associated with the pistol permit application for TOUSSAINT, ending in 2647. Specifically, this phone number was listed in the contact information for the permit and Jefferson County records reflect that a call was made to that number to confirm that the application had been processed. The subscriber information for the number came back to "Reginald Toussaint" with a listed billing and service address in Graysville, Alabama.

9. Based on the above facts, your affiant believes that there is probable cause to establish that Reginald TOUSSAINT has violated 18 U.S.C. § 911.

DANIEL J
FINN

Digitally signed by DANIEL J FINN
Date: 2026.03.16 14:37:36 -05'00'

Daniel Finn, Deportation Officer
U.S. Department of Homeland Security

Sworn to by telephone and subscribed electronically on March 16, 2026.

HON. NICHOLAS A. DANELLA
United States Magistrate Judge
Northern District of Alabama

4